**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ORIX RE HOLDINGS, LLC

PLAINTIFF(S)

v.

MICHAEL COLLIER

DEFENDANT(S).

PREVIOUS CASE NUMBER:  8:25−mc−00002−UA

CURRENT CASE NUMBER:  8:25−cv−00401 DMG (KESx)

X **NOTICE OF NEW CASE NUMBER**

X **NOTICE OF JUDGE ASSIGNMENT**

X This case is hereby converted from case type  MC  to case type  CV . This action is necessary because:

    the incorrect case type was used at case opening.
    X subsequent filings have changed the nature of the case.

A new case number has therefore been assigned to this case. The previous number, 8:25−mc−00002−UA is hereby terminated.

X This case has been assigned to:   X   District Judge    Dolly M. Gee
                                     X   Magistrate Judge   Karen E. Scott

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges−requirements, for additional information.

*If this Notice indicates that any judge has been newly assigned to the case, any party who has previously filed documents electronically in the case but not yet provided mandatory chambers copies of those documents pursuant to L.R. 5-4.5 must immediately provide such copies to the newly assigned judge(s). In addition, the party who filed the case-initiating document in this case must serve a copy of this Notice on every party served with the case-initiating document who has not yet appeared in the case.*

**As a result of the change(s) listed above,**
**the case number on all future documents must read as follows:**

 8:25−cv−00401 DMG (KESx) 

**All future documents must be filed under this case number,**
**and must reflect the full case number as formatted here, including all initials.**

Clerk, U.S. District Court

 March 3, 2025 
    Date

By  /s/ *Jeannine Tillman* 
    Deputy Clerk

CV−15 (10/20)      NOTICE OF NEW CASE NUMBER / JUDGE ASSIGNMENT